# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3885
Lower Tribunal No. 2023-SC-020388-O

_____

SERGIO LUIS LEAL,

Appellant,

v.

NUFF SAID HOLDINGS III, LLC,

Appellee.

_____

Appeal from the County Court for Orange County.
Tina L. Caraballo, Judge.

July 11, 2025

PER CURIAM.

AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and WHITE and MIZE, JJ., concur.


Sergio Luis Leal, Orlando, pro se.

Danielle N. Waters, of Nardella & Nardella, PLLC, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED